| | |
|---|---|
| J. DAVID HADDEN (CSB No. 176148)<br>dhadden@fenwick.com<br>SAINA S. SHAMILOV (CSB No. 215636)<br>sshamilov@fenwick.com<br>CAROLYN CHANG (CSB No. 217933)<br>cchang@fenwick.com<br>RAVI R. RANGANATH (CSB No. 272981)<br>rranganath@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center, 801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Facsimile: 650.938.5200<br><br>Attorneys for Plaintiff<br>AMAZON.COM, INC. | Michelle Gillette (SBN 178734)<br>mgillette@mintz.com<br>MINTZ LEVIN COHN FERRIS GLOVSKY<br>AND POPEO P.C.<br>44 Montgomery Street 36th Floor<br>San Francisco, California 94104<br>Telephone:  415-432-6000<br>Facsimile:   415-432-6001<br><br>Attorneys for Defendant,<br>STRAIGHT PATH IP GROUP, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAZON.COM, INC.,<br><br>             Plaintiff,<br>      vs.<br><br>STRAIGHT PATH IP GROUP, INC.,<br><br>             Defendant. | Case No.  5:14-cv-4561-EJD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Hon. Edward J. Davila<br><br>Complaint Filed:   10/13/14<br>No Trial Date Assigned |

Pursuant to Civil Local Rule 6-1(a), Defendant Straight Path IP Group, Inc. ("Straight Path") and Plaintiff Amazon.com, Inc. ("Amazon"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Amazon served its Declaratory Judgment Complaint ("Complaint") on Straight Path on October 15, 2014 (*see* Dkt. No. 9);

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Straight Path currently has until November 5, 2014 to answer or respond to Amazon's Complaint;

WHEREAS, Straight Path has requested and Amazon has consented to an additional 30 days for Straight Path to answer or respond to Amazon's Complaint;

WHEREAS, an additional 30 days for Straight Path to answer or respond to Amazon's

Complaint will not alter the date of any event or any deadline already fixed by Court Order;

WHEREAS, Straight Path has committed not to use the 30-day extension to answer or respond to Amazon's Complaint against Amazon in any manner, including, without limitation, to support any of Straight Path's claims or defenses in this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Straight Path shall answer or otherwise respond to Amazon's Complaint by December 5, 2014.

Dated: November 5, 2014                                        FENWICK & WEST LLP

By: */s/ Ravi R. Ranganath*
      Ravi R. Ranganath

      Counsel for Plaintiff
      Amazon.com, Inc.


MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

By: */s/ Michelle Gillette*
      Michelle Gillette

      Attorneys for Defendant
      Straight Path IP Group, Inc.

### ATTORNEY ATTESTATION

Pursuant to General Order 45, Part X-B and Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

      */s/ Ravi R. Ranganath*
      Ravi R. Ranganath